**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6035**

———————

DAVID GRAHAM,

                              Plaintiff - Appellant,

        versus

JAMES B. ROBBINS, Judge; PRINCE WILLIAM COUNTY
CHILD SUPPORT ENFORCEMENT; LOUVENIA STREET,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge.  (CA-02-1619-AM)

———————

Submitted:  April 23, 2003          Decided:  May 15, 2003

———————

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David Graham, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Graham appeals the district court's order dismissing Graham's amended 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Graham v. Robbins, No. CA-02-1619-AM (E.D. Va. Dec. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED